# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HONGLIANG DENG,<br><br>    Petitioner,<br><br>vs.<br><br>COLONEL ALAN P. BORJA, WARDEN OF THE GUAM DEPARTMENT OF CORRECTIONS; CAPTAIN JOEY L.G. POCAIGUE, COMMANDER OF THE HAGATNA FEDERAL DETENTION FACILITY; JOHN DOE, FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS, SAN FRANCISCO FIELD OFFICE; KATHY MAKAENA, ASSISTANT FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS, SAN FRANCISCO FIELD OFFICE; KRISTI NOEM, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES,<br><br>    Respondents. | CIVIL CASE NO. 25-00046<br><br><br>**ORDER**<br>**SHOW CAUSE HABEAS PETITION** |

On December 18, 2025, Petitioner Hongliang Deng filed a Petition for Writ of Habeas

Corpus and an Ex Parte Motion to Grant Habeas Petition Forthwith or to Issue Order to Show Cause. *See* ECF Nos. 1, 2. Petitioner asks the court to either grant his petition or to order Respondents[1] to show cause why the petition should not be granted. ECF No. 2, at 6.

Under 28 U.S.C. § 2243, the court can order "the person having custody of the person detained" to "show cause why the writ should not be granted[.]" The court, however, cannot act on the matter until Petitioner serves Respondents with a copy of the summons and a copy of the complaint.[2]

Accordingly, this order shall not become effective until such time that the Petitioner provides the court with proof that he has properly effectuated service. At that time, the court orders Respondents to show cause within three days of service "certifying the true cause of the detention" and explaining why Petitioner should not be released. *See* 28 U.S.C. § 2243. Petitioner shall respond within 24 hours of the filing of the response to the Order to Show Cause. An Order to Show Cause hearing will be set five days from the time the Respondents return the show cause order, not including federal holidays. *See id.*

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Dec 19, 2025**

---

[1] Respondents in this matter are Colonel Alan P. Borja, Warden of the Guam Department of Corrections; Captain Joey L.G. Pocaigue, Commander of the Hagatna Federal Detention Facility; John Doe, Field Office Director, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations, San Francisco Field Office; Kathy Makaena, Assistant Field Office Director, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pam Bondi, Attorney General of the United States.

[2] Plaintiffs have the burden of serving defendants unless an exception applies like in the case of proceedings in forma pauperis. 28 U.S.C. § 1915. No such exception has been argued here.