Julia K. Johnson, Esq.
**BAUMANN, XU, and BLACK, LLC**
238 Archbishop Flores Street
Suite 903, DNA Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-9084
Facsimile No: (671) 477-9087
*Attorney for the Petitioners*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| Hongliang DENG,<br><br>    Petitioner,<br><br>vs.<br><br>COLONEL ALAN P. BORJA, WARDEN OF THE GUAM DEPARTMENT OF CORRECTIONS; CAPTAIN JOEY L.G. POCAIGUE, COMMANDER OF THE HAGÅTÑA FEDERAL DETENTION FACILITY; JOHN DOE, FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS, SAN FRANCISCO FIELD OFFICE; KATHY MAKAENA, ASSISTANT FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS, SAN FRANCISCO FIELD OFFICE; KRISTI NOEM, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES,<br><br>    Respondents. | CIVIL CASE NO. 25-00046<br><br>**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

TO: OFFICER IN CHARGE
HAGÅTÑA FEDERAL DETENTION FACILITY
Hagåtña, Guam 96910

This court finds that HONGLIANG DENG is now in the custody of the Hagåtña Federal Detention Facility and that said prisoner is required to appear before this court on Wednesday, January 21, 2026, at 1:30 p.m. for his hearing regarding his Petition for Writ of Habeas Corpus. *See* ECF No. 32.

IT IS HEREBY ORDERED that the Officer in Charge of the Hagåtña Federal Detention Facility or their authorized agent or any Federal law enforcement agent shall produce HONGLIANG DENG before this court on January 21, 2026, at 1:30 p.m., and any future schedule appearances in this matter, until the conclusion of this case or other order of this court.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jan 20, 2026**