**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| HONGLIANG DENG,<br><br>Petitioner,<br><br>vs.<br><br>COLONEL ALAN P. BORJA, WARDEN OF THE GUAM DEPARTMENT OF CORRECTIONS; CAPTAIN JOEY L.G. POCAIGUE, COMMANDER OF THE HAGATNA FEDERAL DETENTION FACILITY; JOHN DOE, FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS, SAN FRANCISCO FIELD OFFICE; KATHY MAKAENA, ASSISTANT FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS, SAN FRANCISCO FIELD OFFICE; KRISTI NOEM, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES,<br><br>Respondents. | CIVIL CASE NO. 25-00046<br><br><br>**ORDER<br>GRANTING MOTION TO DISMISS<br>PURSUANT TO FED. R. CIV. P. 12(b)(1)** |

On April 9, 2026, the Respondents in this case filed a Motion to Dismiss Pursuant to

Federal Rule of Civil Procedure 12(b)(1).[1] ECF No. 64. The Defendants argued that the court no longer has subject matter jurisdiction over any of the claims in this case because Petitioner Deng has been released from custody and "[t]here is no longer a live 'case or controversy' under Article III of the Constitution." *See id.* at 1. Under the Civil Local Rules, "an opposition must be served and filed within twenty-one (21) days of the filing of the motion[.]" CVLR 7(f). Petitioner Deng has not filed an opposition.

The writ of habeas corpus is now moot because Petitioner Deng is no longer in custody, and the court can no longer provide him with any of the relief requested in his petition. 28 U.S.C. § 2241(c); *see also Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("[W]here the grounds for habeas relief will not redress collateral consequences, a habeas petition does not continue to present a live controversy once the petitioner is released from custody."). Accordingly, the court hereby **GRANTS** the Respondents' Motion to Dismiss.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 01, 2026**

[1] The Federal Respondents filed this motion, and the Local Respondents previously joined any and all briefings filed on behalf of the Federal Respondents. *See* ECF No. 46.